PROB 12C
(7/93)

Report Date:  December 29, 2014

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Ashley Nelson    Case Number: 2:14CR00074-TOR-1

Address of Offender: ███████████████████

Name of Sentencing Judicial Officer: The Honorable Sam E. Haddon, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 29, 2008

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Manufacture Methamphetamine, 21 U.S.C. §§ 841(b)(1)(c) and 846 | | |
| Original Sentence: | Prison - 63 months<br>TSR - 36 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | U.S. Attorney's Office | Date Supervision Commenced: July 9, 2012 | |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires: July 8, 2015 | |

---

## PETITIONING THE COURT

### To issue a warrant.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare.  You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: On December 12, 2014, ADEPT completed an updated chemical dependency assessment regarding Ms. Nelson which provided a current recommendation that addressed Ms. Nelson's recent drug use, that was reported to the Court on December 23, 2014.  The assessment resulted in a recommendation of a 6-month inpatient treatment program. On December 16, 2014, the undersigned officer was able to verify that Ms. Nelson had arrived at the Isabella House to begin her inpatient treatment. On December 24, 2014, at approximately 1800 hours, the undersigned officer was notified by Isabella House staff that Ms. Nelson had aborted treatment, and left the building with her son.

Prob12C
**Re: Nelson, Ashley**
**December 29, 2014**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    12/29/2014

s/ Chris Heinen

Chris Heinen
U.S. Probation Officer

THE COURT ORDERS

[  ]    No Action
[ X ]   The Issuance of a Warrant
[  ]    The Issuance of a Summons
[  ]    Other

Signature of Judicial Officer

December 29, 2014

Date